```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 08908
   MICHAEL V GOOD
   KIMBERLY S GOOD                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-0002     SSN XXX-XX-6198

-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/26/06 and confirmed on 10/03/06.

   2.  The case was dismissed after confirmation, 02/15/2008.

   3.  The Debtor paid a total of $   3405.00 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG          .00           .00            .00
CHASE HOME FINANCE         MORTGAGE ARRE          .00           .00            .00
WELLS FARGO FINANCIAL AC   SECURED VEHIC          .00           .00            .00
KIM WILLIAMS               CHILD SUPPORT          .00           .00            .00
B LINE LLC                 UNSECURED           878.21           .00         115.80
AT&T                       UNSECURED         NOT FILED          .00            .00
B LINE LLC                 UNSECURED          1014.19           .00         133.73
COMED                      UNSECURED         NOT FILED          .00            .00
CREDITORS COLLECTION BUR   UNSECURED         NOT FILED          .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED          1105.19           .00         145.73
MEDICAL PAYMENT DATA       UNSECURED         NOT FILED          .00            .00
SPRINT NEXTEL              UNSECURED           436.30           .00          57.50
NICOR GAS                  UNSECURED           279.51           .00          36.20
OSI FUNDING LLC            UNSECURED         NOT FILED          .00            .00
OXFORD COLLECTION SRVS     UNSECURED         NOT FILED          .00            .00
PETTY CASH OF ILLINOIS I   UNSECURED         NOT FILED          .00            .00
PROVENA ST JOSEPH MEDICA   UNSECURED         NOT FILED          .00            .00
THE CASH STORE             UNSECURED         NOT FILED          .00            .00
D & E FINANCE INC          SECURED VEHIC          .00           .00            .00
COLLECTION PROFESSIONALS   UNSECURED           166.40           .00          21.93
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
MORRIS HOSPITAL            UNSECURED           563.49           .00          74.30
          Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED     PRIORITY     UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00       4443.29        .00       4443.29
PRINCIPAL PAID        .00          .00        585.19        .00        585.19
```

```
INTEREST PAID                    .00         .00         .00         .00         .00
TOTAL PAID                       .00         .00      585.19         .00      585.19
```

The Debtor's attorney, JOHN C DENT                , was allowed $   3000.00
and was paid $     329.50  direct and $   2670.50  through the plan.

The Trustee received $     149.31 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/09/08                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE



                              PAGE   2
        CASE NO. 06 B 08908 MICHAEL V GOOD & KIMBERLY S GOOD